JAMES W. GERARD, Respondent, *v.* BANK OF NEW YORK
AND TRUST COMPANY, Appellant.

(Submitted January 21, 1935; decided January 24, 1935.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 265 N. Y.
336.)